

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Kadri Kazanhan

**Civil Action No.**  26-cv-00873-AGS-SBC

**Petitioner**

V.

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record at the February 27, 2026 hearing, the petition for a writ of habeas corpus is GRANTED because respondents unlawfully revoked his parole. The case is hereby closed.

**Date:**        2/27/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Fujita

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>26-cv-00873-AGS-SBC</u>

Respondents: Christopher LaRose, warden of Otay Mesa Detention Center; Daniel A. Brightman, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations (ICE/ERO); Todd Lyons, Acting Director of Immigration Customs Enforcement (ICE); Kristi Noem, Secretary of the Department of Homeland Security (DHS); Pamela Bondi, Attorney General of the United State; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement